JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHFIELD CHANG, | ) | NO. CV 10-2870-JFW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: April 21, 2010.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE